

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2021

No. 04-21-00421-CV

**IN THE INTEREST OF J.C., J.V.C., AND J.P.C. III, CHILDREN**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00604
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's September 2, 2021 order terminating appellant's parental rights. When an appeal is accelerated, the notice of appeal is due within twenty days after the appealable order is signed. TEX. R. APP. P. 26.1(b), 28.1(b). The filing of a request for findings of fact or a motion for new trial does not extend the time to perfect an accelerated appeal. TEX. R. APP. P. 28.1(b); *In re K.A.F.*, 160 S.W.3d 923, 925-27 (Tex. 2005). The court may grant an extension of time to file the notice of appeal if the notice and a motion for extension of time are filed within fifteen days of the deadline for filing the notice of appeal. TEX. R. APP. P. 26.3, 28.1(b). A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 615 (1997) (construing predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal timely. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *see Hone v. Hanafin*, 104 S.W.3d 884, 886-87 (Tex. 2003) (holding "a reasonable explanation" is any plausible statement of circumstances indicating that failure to timely file was not deliberate or intentional, but was result of inadvertence, mistake or mischance, and "any conduct short of deliberate or intentional noncompliance qualifies as inadvertence, mistake or mischance").

The notice of appeal was due September 22, 2021, twenty days after the trial court's order was signed, or a motion for extension of time to file the notice of appeal was due fifteen days later on October 7, 2021. See TEX. R. APP. P. 26.1(b), 26.3. Appellant J.Y.G. filed the notice of appeal on September 28, 2021 but did not file a motion for extension of time to file the notice of appeal.

We therefore order a response due by **October 25, 2021** offering a reasonable explanation for failing to file the notice of appeal timely. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(a), (c). Appellant has the burden to request the trial court clerk prepare a supplemental clerk's record

containing all necessary pleadings and orders to establish this court's jurisdiction. Appellant must file a copy of any such request with this court.

All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court